**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

October 27, 2022

**By ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:   *United States v. Angela Urena*
            **22 Cr. 220 (PKC)**

Dear Judge Castel:

   I represent Angela Urena in the above-referenced matter. Ms. Urena is currently scheduled for a pretrial conference on November 2, 2022. The defense respectfully requests that the Court adjourn the conference for approximately 60 days. This is Ms. Urena's first request for an adjournment and the government consents to this request. An adjournment would permit defense counsel to continue to review discovery as well as allow the parties to continue negotiations. Accordingly, it is respectfully requested that the pretrial conference be adjourned to a date in approximately 60 days convenient to the Court.

   The defense consents to the exclusion of time under the Speedy Trial Act until the new date. The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley
Attorney for Angela Urena

---

The scheduled for November 2, 2022 is adjourned to January 5, 2023 at 2:00 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reason for this finding is that the grant of the continuance is needed to permit defense counsel to continue to review discovery as well as to allow the parties to continue negotiations. Accordingly, the time between today and November 17, 2022 is excluded.
SO ORDERED.
Dated: 10/27/2022

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge