UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                            22 CR 220 (PKC)

        -against-                                                 ORDER

ANGELA URENA,

                Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of defense counsel, consented to by the government, the conference previously scheduled for March 22, 2023 is adjourned to May 24, 2023 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reason for this finding is that the grant of the continuance is needed to allow the parties to continue negotiations in this matter.  Accordingly, the time between today and May 24, 2023 is excluded.

       SO ORDERED.

                                                                  P. Kevin Castel
                                                           United States District Judge

Dated: New York, New York
       March 20, 2023