UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                22 CR 220 (PKC)

       -against-                                             ORDER

ANGELA URENA,

                     Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of defense counsel, consented to by the government, the change of plea hearing previously scheduled for June 6, 2023 is adjourned until August 1, 2023 at 3:30 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow the parties to continue to negotiate a pretrial disposition in this matter.  Accordingly, the time between today and August 1, 2023 is excluded.

       SO ORDERED.

                                                   P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
         June 2, 2023