# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

January 2, 2024

> Sentencing adjourned from January 18, 2024 to March 6, 2024 at 2:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 1/2/2024
>
> *P. Kevin Castel*
> United States District Judge

**By ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Angela Urena*
      **22 Cr. 220 (PKC)**

Dear Judge Castel:

  I represent Angela Urena in the above-referenced matter. Ms. Urena is currently scheduled for sentencing on January 18, 2024. I write to respectfully request that the Court adjourn the sentencing for approximately 45 days to permit the defense to obtain additional documentation for the Court's consideration at sentencing; and for counsel to complete the trial of *United States v. James Kelly*, 23 Cr. 113 (DEH), scheduled to begin on January 29, 2024. This is Ms. Urena's first request to adjourn her sentencing and the government consents to this request.

  We appreciate the Court's time and attention to this matter.

            Respectfully submitted,

            Michael D. Bradley
             *Attorney for Angela Urena*

Cc: AUSA Christy Slavik
   (*via ECF*)