UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                      S2 22 CR 220 (PKC)

        -against-                          ORDER

ANGELA URENA,

                    Defendant.
----------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing scheduled for March 6, 2024 is adjourned to March 20,

2024 at 2:00 p.m.  in Courtroom 11D.

        SO ORDERED.

                              P. Kevin Castel
                           United States District Judge

Dated: New York, New York
       February 21, 2024