UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                         S2 22 CR 220 (PKC)

        -against-                                                         <u>ORDER</u>

ANGELA URENA,

                          Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        The TIME for sentencing scheduled on April 4 2024 is moved up to 10:00 a.m. Courtroom 11D.

        SO ORDERED.

                                                                      P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
          March 21, 2024