```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
```
UNITED STATES OF AMERICA,

S2 22 CR 220 (PKC)

-against-

ORDER

ANGELA URENA,

Defendant.
```
-----------------------------------------------------------x
```
CASTEL, U.S.D.J.

The sentencing scheduled on April 4, 2024 is adjourned to April 11, 2024 at 11:00 a.m. in Courtroom 11D.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
      March 27, 2024