# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY  
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR  
NEW YORK, NY 10016  
(212) 235-2089  
FAX: (212) 878-8819  
MBRADLEY@BRADLEYLAWFIRMPC.COM

June 12, 2024

**By ECF**  
Honorable P. Kevin Castel  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Application GRANTED.  
SO ORDERED.  
6/13/2024

_____  
P. Kevin Castel  
United States District Judge

Re: *United States v. Angela Urena*  
22 Cr. 220 (PKC)

Dear Judge Castel:

    I represent Angela Urena in the above-referenced matter. She was sentenced on April 11, 2024. I write to respectfully request partial sealing of the sentencing transcript. At the time of filing Ms. Urena's sentencing memorandum, counsel sought redaction of certain information which should be treated with caution, pursuant to the Southern District's ECF Privacy Policy. During Ms. Urena's sentencing hearing, defense counsel presented that same information at oral argument before the Court and now moves for redaction of the transcript with respect to that information. The government does not oppose this request. Once we receive a copy of the transcript, we will provide proposed redactions to the government. Accordingly, Ms. Urena respectfully requests that the sentencing transcript be partially sealed.

    We appreciate the Court's time and attention to this matter.

Respectfully submitted,

Michael D. Bradley  
*Attorney for Angela Urena*

cc:    AUSA Christy Slavik  
       (*via ECF*)